447 A.2d 651

In re Estate of: Allene G. Cleary.

Appeal of: Rinehart J. Cleary.

Petition for Allowance of Appeal Denied Nov. 30, 1982.

Argued September 2, 1981. Zeno Fritz, for appellant; Gail L. Gratton, for appellee.

Before WICKERSHAM, WIEAND and BECK, JJ.

The order of the Court of Common Pleas of Allegheny County, docketed at No. 3303, 1978 is affirmed.